IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: BROOKE DAVIS | ) | |
| **Debtor(s)** | ) | |
| | ) | CHAPTER 13 |
| AMERICAN CREDIT ACCEPTANCE | ) | |
| **Moving Party** | ) | Case No.: 18-11520 (JKF) |
| v. | ) | |
| | ) | |
| BROOKE DAVIS | ) | |
| **Respondent(s)** | ) | |
| | ) | |
| WILLIAM C. MILLER | ) | |
| **Interim Trustee** | ) | |
| | ) | |

### ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between American Credit Acceptance and the Debtor in settlement of the Objection To Confirmation, and filed on or about October 1, 2018 in the above matter is APPROVED.

Dated:

_____
UNITED STATES BANKRUPTCY JUDGE

**Date: October 2, 2018**