| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 18-11520-AMC

BROOKE DAVIS
1040 EDGEMORE ROAD
PHILADELPHIA  PA    19151

Petition Filed Date: 03/06/2018
341 Hearing Date: 05/11/2018
Confirmation Date: 09/26/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2019 | $500.00 | 17859988854 | 01/08/2019 | $23.86 | 17859988855 | 01/08/2019 | $500.00 | 17859988852 |
| 01/08/2019 | $23.86 | 17859988853 | 03/12/2019 | $1,000.00 | 25688492425 | 03/12/2019 | $47.72 | 25688492436 |
| 05/13/2019 | $523.86 | 25828843847 | 07/08/2019 | $523.86 | 25893732813 | 07/30/2019 | $1,000.00 | 25893735581 |
| 07/30/2019 | $171.58 | 25893735592 | 08/26/2019 | $923.86 | 26127612112 | 11/12/2019 | $523.86 | 26188029584 |
| 01/06/2020 | $523.86 | 26338441814 | 03/09/2020 | $1,000.00 | 26338489007 | 03/09/2020 | $571.58 | 26338489018 |
| 05/05/2020 | $523.86 | 26338430845 | 05/18/2020 | $426.00 | 26338430856 | 05/18/2020 | $97.86 | 26516582673 |

**Total Receipts for the Period: $8,905.62    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $10,753.34**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | AMERICAN CREDIT ACCEPTANCE »» 002 | Secured Creditors | $5,713.00 | $2,559.88 | $3,153.12 |
| 2 | AMERICAN CREDIT ACCEPTANCE »» 02U | Unsecured Creditors | $4,318.69 | $0.00 | $4,318.69 |
| 5 | AMERICAN INFOSOURCE LP AS AGENT FOR »» 005 | Unsecured Creditors | $708.97 | $0.00 | $708.97 |
| 3 | EDUCATIONAL CREDIT MGMT CORP »» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | PA HOUSING FINANCE AGENCY »» 006 | Mortgage Arrears | $12,956.48 | $4,749.99 | $8,206.49 |
| 1 | PHILADELPHIA GAS WORKS »» 001 | Unsecured Creditors | $453.91 | $0.00 | $453.91 |
| 4 | PHEAA »» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | CITY OF PHILADELPHIA (LD) »» 007 | Secured Creditors | $5,516.43 | $0.00 | $0.00 |
| 8 | YOUNG MARR & ASSOCIATES »» 008 | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |

**Chapter 13 Case No. 18-11520-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,753.34 | Current Monthly Payment: | $450.00 |
| Paid to Claims: | $9,809.87 | Arrearages: | $900.00 |
| Paid to Trustee: | $943.47 | Total Plan Base: | $36,403.34 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.