| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 18-11520-AMC**

BROOKE  DAVIS
1040 EDGEMORE ROAD
PHILADELPHIA  PA    19151

Petition Filed Date: 03/06/2018
341 Hearing Date: 05/11/2018
Confirmation Date: 09/26/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2020 | $523.86 | 26338441814 | 03/09/2020 | $1,000.00 | 26338489007 | 03/09/2020 | $571.58 | 26338489018 |
| 05/05/2020 | $523.86 | 26338430845 | 05/18/2020 | $426.00 | 26338430856 | 05/18/2020 | $97.86 | 26516582673 |
| 08/26/2020 | $450.00 | 26710523807 | 09/08/2020 | $450.00 | 26912300084 | 10/20/2020 | $450.00 | 26912314912 |
| 12/15/2020 | $450.00 | 27071226472 | 01/22/2021 | $450.00 | 26863939765 | 02/11/2021 | $450.00 | 19198334191 |
| 03/24/2021 | $450.00 | 19231624600 | 04/16/2021 | $450.00 | 19246255506 | 04/16/2021 | $450.00 | 19246255505 |

**Total Receipts for the Period:  $7,193.16    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $14,803.34**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | AMERICAN CREDIT ACCEPTANCE<br>»»  002 | Secured Creditors | $5,713.00 | $3,249.36 | $2,463.64 |
| 2 | AMERICAN CREDIT ACCEPTANCE<br>»»  02U | Unsecured Creditors | $4,318.69 | $0.00 | $4,318.69 |
| 5 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»»  005 | Unsecured Creditors | $708.97 | $0.00 | $708.97 |
| 3 | EDUCATIONAL CREDIT MGMT CORP<br>»»  003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | PA HOUSING FINANCE AGENCY<br>»»  006 | Mortgage Arrears | $12,956.48 | $6,544.51 | $6,411.97 |
| 1 | PHILADELPHIA GAS WORKS<br>»»  001 | Unsecured Creditors | $453.91 | $0.00 | $453.91 |
| 4 | PHEAA<br>»»  004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | CITY OF PHILADELPHIA (LD)<br>»»  007 | Secured Creditors | $5,516.43 | $0.00 | $0.00 |
| 8 | YOUNG MARR  & ASSOCIATES<br>»»  008 | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 8 | PA HOUSING FINANCE AGENCY<br>»»  06P | Mortgage Arrears | $1,038.00 | $0.00 | $1,038.00 |

**Chapter 13 Case No. 18-11520-AMC**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,803.34 | Current Monthly Payment: | $492.00 |
| Paid to Claims: | $12,293.87 | Arrearages: | $984.00 |
| Paid to Trustee: | $1,253.97 | Total Plan Base: | $37,927.34 |
| Funds on Hand: | $1,255.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.