| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
Chapter 13 Case No. 18-11520-AMC

BROOKE  DAVIS
1040 EDGEMORE ROAD
PHILADELPHIA  PA    19151

Petition Filed Date: 03/06/2018
341 Hearing Date: 05/11/2018
Confirmation Date: 09/26/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/16/2021 | $450.00 | 19246255506 | 04/16/2021 | $450.00 | 19246255505 | 06/22/2021 | $492.00 | 19271429664 |
| 06/22/2021 | $450.00 | 19271429663 | 08/24/2021 | $492.00 | 19259053138 | 09/28/2021 | $492.00 | 19304200128 |
| 10/25/2021 | $492.00 | 19007498595 | 10/25/2021 | $492.00 | 19007498596 | 01/04/2022 | $492.00 | 19348082404 |
| 02/07/2022 | $492.00 | 19334549093 | 03/01/2022 | $492.00 | 27513981630 | 03/23/2022 | $492.00 | 19370781035 |
| 05/12/2022 | $492.00 | 19380264095 | 06/07/2022 | $492.00 | 19370780724 | | | |

Total Receipts for the Period:  $6,762.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $20,665.34

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 2 | AMERICAN CREDIT ACCEPTANCE »» 002 | Secured Creditors | $5,808.53 | $4,734.88 | $1,073.65 |
| 2 | AMERICAN CREDIT ACCEPTANCE »» 02U | Unsecured Creditors | $4,318.69 | $0.00 | $4,318.69 |
| 5 | AMERICAN INFOSOURCE LP AS AGENT FOR »» 005 | Unsecured Creditors | $708.97 | $0.00 | $708.97 |
| 3 | EDUCATIONAL CREDIT MGMT CORP »» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | PA HOUSING FINANCE AGENCY »» 006 | Mortgage Arrears | $12,956.48 | $10,266.49 | $2,689.99 |
| 1 | PHILADELPHIA GAS WORKS »» 001 | Unsecured Creditors | $453.91 | $0.00 | $453.91 |
| 4 | PHEAA »» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | CITY OF PHILADELPHIA (LD) »» 007 | Secured Creditors | $5,516.43 | $0.00 | $0.00 |
| 8 | YOUNG MARR  & ASSOCIATES »» 008 | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 8 | PA HOUSING FINANCE AGENCY »» 06P | Mortgage Arrears | $1,038.00 | $602.52 | $435.48 |
| 0 | YOUNG MARR  & ASSOCIATES | Attorney Fees | $800.00 | $0.00 | $800.00 |

**Chapter 13 Case No. 18-11520-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,665.34 | Current Monthly Payment: | $492.00 |
| Paid to Claims: | $18,103.89 | Arrearages: | $2,010.00 |
| Paid to Trustee: | $1,761.45 | Total Plan Base: | $37,927.34 |
| Funds on Hand: | $800.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.