United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 18-11520-amc
Brooke Davis     Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Dec 14, 2022     Form ID: pdf900     Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brooke Davis, 1040 Edgemore Road, Philadelphia, PA 19151-3008 |
| cr | + | American Credit Acceptance, c/o Morton & Craig LLC, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3124 |
| 14068785 | + | 1stprogress/1stequity/, Po Box 84010, Columbus, GA 31908-4010 |
| 14077749 | + | PHILA GAS WORKS, 800 W MONTGOMERY AVE, PHILADELPHIA PA 19122-2898, ATTN: BANKRUPTCY DEPT, 3FL |
| 14105372 | + | U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE P, 211 North Front Street, Harrisburg, PA 17101-1406 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 15 2022 00:20:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 15 2022 00:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14068786 | + | Email/Text: bncnotifications@pheaa.org | Dec 15 2022 00:20:00 | Aes/keystone Stafford, Pob 61047, Harrisburg, PA 17106-1047 |
| 14068787 | + | Email/Text: bncnotifications@pheaa.org | Dec 15 2022 00:20:00 | Aes/pheaafrn, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14068788 | + | Email/Text: bankruptcy@acacceptance.com | Dec 15 2022 00:20:00 | American Credit Accept, 961 E Main St, Spartanburg, SC 29302-2185 |
| 14189406 | | Email/Text: megan.harper@phila.gov | Dec 15 2022 00:20:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14068789 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 15 2022 00:20:00 | Comenity Bank/kingsi, Po Box 182125, Columbus, OH 43218-2125 |
| 14068790 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 15 2022 00:20:00 | Comenity Bank/kingsi, Po Box 182789, Columbus, OH 43218-2789 |
| 14103759 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 15 2022 00:26:50 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14269457 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 15 2022 00:20:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14272211 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 15 2022 00:20:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 14096113 | + | Email/Text: bncnotifications@pheaa.org | Dec 15 2022 00:20:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14068791 | ^ | MEBN | Dec 15 2022 00:16:38 | Receivable Management, 240 Emery St, Bethlehem, PA 18015-1980 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 14269458 | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14269467 | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| PAUL H. YOUNG | on behalf of Debtor Brooke Davis support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor American Credit Acceptance ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
    BROOKE DAVIS

Chapter 13

Bankruptcy No. 18-11520-AMC

Debtor

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: December 14, 2022**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE