# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re: **Brooke Davis**  
Debtor

Case No.: **18-11520**-AMC  
Chapter: **13**

## ORDER SETTING EXPEDITED HEARING TO CONSIDER MOTION

**AND NOW**, the Movant's having requested expedited consideration of their Motion to Reconsider Dismissal (the "Motion") to be heard as soon as practicable, and the Movants certifying to the Court that they gave prior notice to all parties in interest by electronic communication, email or telephone, **IT IS HEREBY ORDERED** that an expedited hearing for my consideration of the Movants' Motion shall be held at:

**United States Bankruptcy Court - E.D. PA.**

**Court~~room Number~~ #4, United States Bankruptcy Court**

**Robert N.C Nix Sr. Building**

**900 Market Street, Philadelphia, PA 19107**

on **January 4, 2023** at **11:00** a .m. prevailing time.

____ in person

✓ via telephonic means using **1.877.873.8017 Access code: 3027681**

**IT IS HEREBY FURTHER ORDERED** that any party opposing the Motion shall file an answer or response at or before the time and date of the hearing set above [this provision is not included if the expedited hearing is held on less than ten (10) days notice] and that any party opposing the Motion shall appear at the hearing on the Motion or it may be granted without further notice.

**IT IS HEREBY FURTHER ORDERED** that Movants' counsel shall immediately both (1.) notify by telephone and (2.) serve copies of this signed Order and the Motion on the following parties by e-mail or facsimile: Counsel for the United States Trustee and either the Chapter 7 or the Chapter 13 Trustee, counsel for the Debtors [if the motion is not filed by the Debtors], all secured creditors with liens on Movants' property (by serving their counsel if known), all other parties affected by the Motion (by serving their counsel if known), and

all other interested parties.

BY THE COURT

Dated: December 21, 2022

**ASHELY M. CHAN**
**United States Bankruptcy Judge**

| | |
|---|---|
| ~~Date    December 21, 2022~~ **December 21, 2022** | Signature  **/s/ Paul H. Young, Esquire** |
| | Name  **Paul H. Young, Esquire 47028 PA** |
| | Address  **Young Marr & Associates** |
| | **3554 Hulmeville Rd Suite 102** |
| | **Bensalem, PA 19020** |