United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-11520-amc |
| Brooke Davis | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 22, 2022 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brooke Davis, 1040 Edgemore Road, Philadelphia, PA 19151-3008 |
| cr | + | American Credit Acceptance, c/o Morton & Craig LLC, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3124 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Dec 22 2022 23:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 22 2022 23:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | Email/Text: ECMCBKNotices@ecmc.org | Dec 22 2022 23:53:00 | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2022          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2022 at the address(es) listed below:

**Name**         **Email Address**

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Dec 22, 2022 | Form ID: pdf900 | Total Noticed: 5

BRIAN CRAIG NICHOLAS
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

LEON P. HALLER
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

PAUL H. YOUNG
    on behalf of Debtor Brooke Davis support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com

POLLY A. LANGDON
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor American Credit Acceptance ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 7

# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re:   **Brooke Davis**

Debtor

Case No.: **18-11520** -AMC
Chapter: **13**

## ORDER SETTING EXPEDITED HEARING TO CONSIDER MOTION

**AND NOW**, the Movant's having requested expedited consideration of their Motion to Reconsider Dismissal (the "Motion") to be heard as soon as practicable, and the Movants certifying to the Court that they gave prior notice to all parties in interest by electronic communication, email or telephone, **IT IS HEREBY ORDERED** that an expedited hearing for my consideration of the Movants' Motion shall be held at:

**United States Bankruptcy Court - E.D. PA.**

**Court~~room Number #4~~**, United States Bankruptcy Court

**Robert N.C Nix Sr. Building**

**900 Market Street, Philadelphia, PA 19107**

on   January 4, 2023   at   11:00   a .m. prevailing time.

_____ in person

✓  via telephonic means using **1.877.873.8017 Access code: 3027681**

**IT IS HEREBY FURTHER ORDERED** that any party opposing the Motion shall file an answer or response at or before the time and date of the hearing set above [this provision is not included if the expedited hearing is held on less than ten (10) days notice] and that any party opposing the Motion shall appear at the hearing on the Motion or it may be granted without further notice.

**IT IS HEREBY FURTHER ORDERED** that Movants' counsel shall immediately both (1.) notify by telephone and (2.) serve copies of this signed Order and the Motion on the following parties by e-mail or facsimile: Counsel for the United States Trustee and either the Chapter 7 or the Chapter 13 Trustee, counsel for the Debtors [if the motion is not filed by the Debtors], all secured creditors with liens on Movants' property (by serving their counsel if known), all other parties affected by the Motion (by serving their counsel if known), and

all other interested parties.

BY THE COURT

_____
**ASHELY M. CHAN**
**United States Bankruptcy Judge**

Dated: December 21, 2022

| | |
|---|---|
| Date ~~xxxxDecember 21, 2022xxxxxxxxxxxxxxxxx~~ | Signature **/s/ Paul H. Young, Esquire** _____ |
| | Name **Paul H. Young, Esquire 47028 PA** |
| | Address **Young Marr & Associates** |
| | **3554 Hulmeville Rd Suite 102** |
| | **Bensalem, PA 19020** |