# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Brooke Davis**                                                                                 Case No.  **18-11520**
                                      Debtor(s)                                                          Chapter  **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **January 4, 2023**, a copy of **the Debtor's Motion to Reconsider Dismissal and Signed Order Setting Expedited Hearing** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

                         **/s/ Paul H. Young, Esquire**
                         **Paul H. Young, Esquire**
                         **Young Marr & Associates**
                         **3554 Hulmeville Rd Suite 102**
                         **Bensalem, PA 19020**
                         **(215) 639-5297Fax:(215) 639-1344**
                         **support@ymalaw.com**

Scott F. Waterman Trustee  via Facsimile

United States Trustee via Facsimile

Debtor

All Creditors on Claims Docket