# United States Bankruptcy Court
## Eastern District of Pennsylvania

| In re | **Brooke Davis** | Case No. | **18-11520** |
|---|---|---|---|
| | Debtor(s) | Chapter | **13** |

## ORDER

**AND NOW**, this _____ day of _____, 2023, upon consideration of Debtor's Motion to Reconsider the Dismissal of this Chapter 13 Case, it is hereby **ORDERED** and **DECREED** that the Order of Dismissal dated December 14, 2022 is hereby **VACATED** and the above case is **REOPENED.** The Automatic Stay of Proceedings SHALL remain in full force and effect until further Order of Court.

BY THE COURT:

**Date: January 4, 2023**

_____
**JUDGE ASHELY M. CHAN**