United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 18-11520-amc

Brooke Davis | Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2

Date Rcvd: Jan 04, 2023      Form ID: pdf900      Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brooke Davis, 1040 Edgemore Road, Philadelphia, PA 19151-3008 |
| cr | + | American Credit Acceptance, c/o Morton & Craig LLC, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3124 |
| 14068785 | + | 1stprogress/1stequity/, Po Box 84010, Columbus, GA 31908-4010 |
| 14077749 | + | PHILA GAS WORKS, 800 W MONTGOMERY AVE, PHILADELPHIA PA 19122-2898, ATTN: BANKRUPTCY DEPT, 3FL |
| 14105372 | + | U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE P, 211 North Front Street, Harrisburg, PA 17101-1406 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 05 2023 00:10:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 05 2023 00:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14068786 | + | Email/Text: bncnotifications@pheaa.org | Jan 05 2023 00:10:00 | Aes/keystone Stafford, Pob 61047, Harrisburg, PA 17106-1047 |
| 14068787 | + | Email/Text: bncnotifications@pheaa.org | Jan 05 2023 00:10:00 | Aes/pheaafrn, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14068788 | + | Email/Text: bankruptcy@acacceptance.com | Jan 05 2023 00:10:00 | American Credit Accept, 961 E Main St, Spartanburg, SC 29302-2185 |
| 14189406 | | Email/Text: megan.harper@phila.gov | Jan 05 2023 00:10:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14068789 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 05 2023 00:10:00 | Comenity Bank/kingsi, Po Box 182125, Columbus, OH 43218-2125 |
| 14068790 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 05 2023 00:10:00 | Comenity Bank/kingsi, Po Box 182789, Columbus, OH 43218-2789 |
| 14103759 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 05 2023 00:14:16 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14269457 | | Email/Text: ECMCBKNotices@ecmc.org | Jan 05 2023 00:10:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14272211 | | Email/Text: ECMCBKNotices@ecmc.org | Jan 05 2023 00:10:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 14096113 | + | Email/Text: bncnotifications@pheaa.org | Jan 05 2023 00:10:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14068791 | ^ | MEBN | Jan 05 2023 00:06:33 | Receivable Management, 240 Emery St, Bethlehem, PA 18015-1980 |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 04, 2023 | Form ID: pdf900 | Total Noticed: 18 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 14269458 | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14269467 | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2023         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| PAUL H. YOUNG | on behalf of Debtor Brooke Davis support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor American Credit Acceptance ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |

TOTAL: 6

## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re: **Brooke Davis**
Debtor(s)

Case No. **18-11520**
Chapter **13**

## ORDER

**AND NOW**, this _____ day of _____, 2023, upon consideration of Debtor's Motion to Reconsider the Dismissal of this Chapter 13 Case, it is hereby **ORDERED** and **DECREED** that the Order of Dismissal dated December 14, 2022 is hereby **VACATED** and the above case is **REOPENED.** The Automatic Stay of Proceedings SHALL remain in full force and effect until further Order of Court.

Date: January 4, 2023

BY THE COURT:

_____
**JUDGE ASHELY M. CHAN**