| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 18-11520-AMC

BROOKE  DAVIS
1040 EDGEMORE ROAD
PHILADELPHIA  PA    19151

Petition Filed Date: 03/06/2018
341 Hearing Date: 05/11/2018
Confirmation Date: 09/26/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/09/2022 | $492.00 | 19406135547 | 08/09/2022 | $492.00 | 19399149572 | 09/13/2022 | $42.00 | 19434507244 |
| 09/13/2022 | $492.00 | 19422384604 | 09/13/2022 | $492.00 | 19434507243 | 11/01/2022 | $492.00 | 19422385036 |
| 12/19/2022 | $492.00 | 19458597664 | 12/20/2022 | $492.00 | 19437869910 | 12/29/2022 | $984.00 | 971872176 |
| 02/27/2023 | $418.28 | 19320830704 | 02/27/2023 | $73.72 | 47056217580 | 04/04/2023 | $492.00 | 22009118991 |
| 05/08/2023 | $492.00 | 22023746822 | 06/09/2023 | $492.00 | 19527036206 | 07/11/2023 | $492.00 | 19541374864 |

**Total Receipts for the Period:  $6,930.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $27,595.34**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | AMERICAN CREDIT ACCEPTANCE<br>»» 002 | Secured Creditors | $5,808.53 | $5,808.53 | $0.00 |
| 2 | AMERICAN CREDIT ACCEPTANCE<br>»» 02U | Unsecured Creditors | $4,318.69 | $1,699.24 | $2,619.45 |
| 5 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 005 | Unsecured Creditors | $708.97 | $278.96 | $430.01 |
| 3 | EDUCATIONAL CREDIT MGMT CORP<br>»» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | PA HOUSING FINANCE AGENCY<br>»» 006 | Mortgage Arrears | $12,956.48 | $12,956.48 | $0.00 |
| 1 | PHILADELPHIA GAS WORKS<br>»» 001 | Unsecured Creditors | $453.91 | $178.59 | $275.32 |
| 4 | PHEAA<br>»» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | CITY OF PHILADELPHIA (LD)<br>»» 007 | Secured Creditors | $5,516.43 | $0.00 | $0.00 |
| 8 | YOUNG MARR  & ASSOCIATES<br>»» 008 | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 8 | PA HOUSING FINANCE AGENCY<br>»» 06P | Mortgage Arrears | $1,038.00 | $1,038.00 | $0.00 |
| 0 | YOUNG MARR  & ASSOCIATES | Attorney Fees | $800.00 | $0.00 | $800.00 |

Chapter 13 Case No. 18-11520-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $27,595.34 | Current Monthly Payment: | $492.00 |
| Paid to Claims: | $24,459.80 | Arrearages: | $984.00 |
| Paid to Trustee: | $2,335.53 | Total Plan Base: | $37,927.34 |
| Funds on Hand: | $800.01 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.