| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 18-11520-AMC

BROOKE  DAVIS  
1040 EDGEMORE ROAD  
PHILADELPHIA  PA    19151

Petition Filed Date: 03/06/2018  
341 Hearing Date: 05/11/2018  
Confirmation Date: 09/26/2018

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/15/2023 | $492.00 | 19552107227 | 09/13/2023 | $492.00 | 19482570593 | 10/19/2023 | $492.00 | 19587936184 |
| 11/14/2023 | $63.54 | 22035672237 | 11/14/2023 | $428.46 | 19587936781 | 12/27/2023 | $492.00 | 19607585687 |
| 02/06/2024 | $492.00 | 22041045061 | 02/27/2024 | $492.00 | 19620208331 | 04/01/2024 | $19.88 | 22041044534 |
| 04/01/2024 | $472.12 | 22041044533 | 05/09/2024 | $492.00 | 29173623928 | 06/04/2024 | $492.00 | 19659971730 |
| 06/04/2024 | $492.00 | 19659971731 | 07/12/2024 | $492.00 | 19647973101 | 07/16/2024 | $492.00 | 19664587791 |

**Total Receipts for the Period:  $6,396.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $33,991.34**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | AMERICAN CREDIT ACCEPTANCE »» 02S | Secured Creditors | $5,808.53 | $5,808.53 | $0.00 |
| 2 | AMERICAN CREDIT ACCEPTANCE »» 02U | Unsecured Creditors | $3,451.31 | $3,451.31 | $0.00 |
| 5 | AMERICAN INFOSOURCE LP AS AGENT FOR »» 005 | Unsecured Creditors | $708.97 | $708.97 | $0.00 |
| 3 | EDUCATIONAL CREDIT MGMT CORP »» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | PA HOUSING FINANCE AGENCY »» 006 | Mortgage Arrears | $12,956.48 | $12,956.48 | $0.00 |
| 1 | PHILADELPHIA GAS WORKS »» 001 | Unsecured Creditors | $453.91 | $453.91 | $0.00 |
| 4 | PHEAA »» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | CITY OF PHILADELPHIA (LD) »» 007 | Secured Creditors | $5,516.43 | $3,308.85 | $2,207.58 |
| 8 | YOUNG MARR  & ASSOCIATES »» 008 | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 8 | PA HOUSING FINANCE AGENCY »» 06P | Mortgage Arrears | $1,038.00 | $1,038.00 | $0.00 |
| 0 | YOUNG MARR  & ASSOCIATES | Attorney Fees | $800.00 | $0.00 | $800.00 |

**Chapter 13 Case No. 18-11520-AMC**

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $33,991.34 | Current Monthly Payment: | $492.00 |
| Paid to Claims: | $30,226.05 | Arrearages: | $492.00 |
| Paid to Trustee: | $2,965.29 | Total Plan Base: | $37,927.34 |
| Funds on Hand: | $800.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.