Certificate Number: 03621-PAE-DE-031017367

Bankruptcy Case Number: 18-11520



03621-PAE-DE-031017367

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 11, 2018, at 10:53 o'clock AM EDT, Brooke Davis completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  May 11, 2018

By:  /s/Wafaa Elmaaroufi

Name:  Wafaa Elmaaroufi

Title:  Credit Counselor