United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Brooke Davis  
    Debtor

Case No. 18-11520-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2  
Date Rcvd: Apr 18, 2025     Form ID: 138OBJ     Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brooke Davis, 1040 Edgemore Road, Philadelphia, PA 19151-3008 |
| 14068785 | + | 1stprogress/1stequity/, Po Box 84010, Columbus, GA 31908-4010 |
| 14990406 | + | Commonwealth of Pennsylvania Department of Revenue, c/o Brenda S. Bishop, 15th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14105372 | + | U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE P, 211 North Front Street, Harrisburg, PA 17101-1406 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 19 2025 00:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 19 2025 00:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14068786 | + | Email/Text: bncnotifications@pheaa.org | Apr 19 2025 00:58:00 | Aes/keystone Stafford, Pob 61047, Harrisburg, PA 17106-1047 |
| 14068787 | + | Email/Text: bncnotifications@pheaa.org | Apr 19 2025 00:58:00 | Aes/pheaafrn, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14068788 | + | Email/Text: bankruptcy@acacceptance.com | Apr 19 2025 00:59:00 | American Credit Accept, 961 E Main St, Spartanburg, SC 29302-2149 |
| 14189406 | | Email/Text: megan.harper@phila.gov | Apr 19 2025 00:59:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14068789 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 19 2025 00:58:00 | Comenity Bank/kingsi, Po Box 182125, Columbus, OH 43218-2125 |
| 14068790 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 19 2025 00:58:00 | Comenity Bank/kingsi, Po Box 182789, Columbus, OH 43218-2789 |
| 14103759 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 19 2025 01:02:06 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14269457 | | Email/Text: ECMCBKNotices@ecmc.org | Apr 19 2025 00:59:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14272211 | | Email/Text: ECMCBKNotices@ecmc.org | Apr 19 2025 00:59:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 14096113 | + | Email/Text: bncnotifications@pheaa.org | Apr 19 2025 00:58:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14077749 | ^ | MEBN | Apr 19 2025 00:53:26 | PHILA GAS WORKS, 800 W MONTGOMERY AVE, PHILADELPHIA PA 19122-2898, ATTN: BANKRUPTCY DEPT, 3FL |

| 14068791 | ^ MEBN | | Apr 19 2025 00:53:07 | Receivable Management, 240 Emery St, Bethlehem, PA 18015-1980 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14269458 | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14269467 | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2025 at the address(es) listed below:

**Name** | **Email Address**

DENISE ELIZABETH CARLON
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com

LEON P. HALLER
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

PAUL H. YOUNG
on behalf of Debtor Brooke Davis support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
on behalf of Creditor American Credit Acceptance wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 6

*Form 138OBJ* (6/24)−doc 117 − 116

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   Brooke Davis<br><br>Debtor(s). | Case No. 18−11520−amc<br><br>Chapter: 13 |

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                         Eastern District of Pennsylvania
                             900 Market Street
                                  Suite 400
                            Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: April 18, 2025                                                                                      For The Court

                                                                                                                                 Timothy B. McGrath
                                                                                                                                 Clerk of Court